### COMMONWEALTH v. JOHNSON A. STORY.

Criminal Law—Appeal—Amount of Fine—Jurisdiction.
    The court of appeals has no jurisdiction in cases where the penalty is
    a fine of fifty dollars or less and no other punishment.

APPEAL FROM BOONE CIRCUIT COURT.

December 9, 1871.

OPINION OF THE COURT BY JUDGE HARDIN:

The Commonwealth prosecutes this appeal for the reversal of a judgment, rendered for the defendant, on the trial of an indictment, under the act of March 2, 1860, for (Myers Supplt. 517) selling whiskey to a minor without lawful authority to do so.

The indictment alleges but one offense, for which the prescribed penalty is a fine of $50, and no other punishment.

By section 342 of the Criminal Code of Practice, as rendered March 1, 1860, the jurisdiction of this court in prosecutions for

misdemeanors is limited to cases in which the punishment may exceed a mere fine of $50. It results, therefore, that this court has not jurisdiction in this case.

Wherefore, the appeal is dismissed.